UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 20-CIV-60128-RAR

YVONNE JONES,

   Plaintiff,

vs.

CBS INTERACTIVE MEDIA, INC.,

   Defendant.
_____/

**Plaintiff's Notice of Filing
Return of Service for Summons and Complaint**

    Plaintiff, Yvonne Jones, hereby gives notice of filing the attached Return of Service (and accompanying e-mail) regarding the Summons and Complaint served on the defendant CBS Interactive Media, Inc., January 15, 2020.

Dated:  February 6, 2020

    Respectfully submitted,

    */s/ William R. Amlong*
    WILLIAM R. AMLONG
    Florida Bar No. 470228
    WRAmlong@TheAmlongFirm.com
    KAREN COOLMAN AMLONG
    Florid Bar No. 275565
    KAmlong@TheAmlongFirm.com
    AMLONG & AMLONG, P.A.
    500 N.E. Fourth St., Second Floor
    Fort Lauderdale, Florida  33301-1154
    (954) 462-1983

    ***Attorneys for the Plaintiff**,*
        *Yvonne Jones*



## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and furnished by electronic delivery via CM/ECF this day to the parties and counsel of record noted below on the Service List.

                               */s/ William R. Amlong*
                               WILLIAM R. AMLONG

## Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>Florida Bar No. 470228<br>WRAmlong@TheAmlongFirm.com<br>KAREN COOLMAN AMLONG<br>Florid Bar No. 275565<br>KAmlong@TheAmlongFirm.com<br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>(954) 462-1983<br>***Attorneys for the Plaintiff,***<br>   ***Yvonne Jones*** | MELISSA S. ZINKIL<br>Florida Bar No. 0653713<br>melissa.zinkil@akerman.com<br>TIFFANY D. HENDRICKS<br>tiffany.hendricks@akerman.com<br>Florida Bar No. 124129<br>AKERMAN LLP<br>777 South Flagler Dr., Suite 1100<br>West Tower<br>West Palm Beach, FL 33401<br>Tel: 561-653-5000<br>Fax: 561-659-6313<br><br>MICHAEL C. MARSH<br>michael.marsh@akerman.com<br>Florida Bar No. 72796<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 S.E. Seventh St., Suite 1100<br>Miami, Florida 33131<br>Tel: 305-374-5600<br>Fax: 305-374-5095<br><br>***Attorneys for the Defendant***,<br>   ***CBS Interactive Media, Inc***. |

\\amlong3\cpshare\CPWin\HISTORY\200115_0001\156D.7D

## **RETURN OF SERVICE**

**State of Florida**                    **County of Broward**                    **17th Judicial Circuit Court**

Case Number: CACE-19-025999 DIV 13

Plaintiff:
**Yvonne Jones**

vs.

Defendant:
**CBS Interactive Media, Inc.**

For:
William R. Amlong
Amlong & Amlong, PA
ypharris@theamlongfirm.com
500 NE Fourth Street, Second Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 10th day of January, 2020 at 1:00 pm to be served on **CBS Interactive Media, Inc. c/o r/a Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Nolan Process Servers, LLC, do hereby affirm that on the **15th day of January, 2020** at **8:45 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons/ Civil Complaint, Complaint & Jury Demand** with the date and hour of service endorsed thereon by me, to: **SARA LEA** as **AUTHORIZED REPRESENTATIVE** for **CBS Interactive Media, Inc.**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 175, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true.  Notary not required pursuant to F.S. 92.525(2).

**Nolan Process Servers, LLC**
Process Server

**All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194**

Our Job Serial Number: BPC-2020000106

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

# ATTACHMENT 1

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of No Reply <DBSServer@dbsinfo.net> |
| **Sent:** | Wednesday, January 22, 2020 4:25 PM |
| **To:** | ypharris@theamlongfirm.com |
| **Subject:** | BPC Job Done  - Served for  (CBS Interactive Media, Inc.) |

To: William R. Amlong
   Amlong & Amlong, PA

This is an automated message relating to:

   **Our Job Number:** 2020000106
   **Your Reference Number:**
   **Party To Be Served:** CBS Interactive Media, Inc.
   **Documents To Be Served:** Summons/ Civil Complaint, Complaint & Jury Demand
   **Case Info:** Florida Broward CACE-19-025999 DIV 13
   **Case Style:** Yvonne Jones vs. CBS Interactive Media, Inc.

**Service Information**
Recipient was SERVED on Jan 15 2020 8:45AM
**Type of Service:** CORPORATE
**Original Service Address:** CBS Interactive Media, Inc. c/o r/a Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301

**Service Details:** served a CORPORATION by delivering a true copy of the Summons/ Civil Complaint, Complaint & Jury Demand with the date and hour of service endorsed thereon by me, to: SARA LEA as AUTHORIZED REPRESENTATIVE for CBS Interactive Media, Inc., at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

**Attachments:**
Link to Invoice   Link to Affidavit


Thank you,
All Broward Process Corp
fxcarreras@yahoo.com
Phone: (954) 214-5194

More detailed status is available at www.PstProStatus.net